IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:16-cr-00163-1 |
| | ) | Judge Trauger |
| BRITTAN EZEKIEL KETTLES | ) | |

## ORDER

The defendant's Motion to Produce the Pretrial Release of Relevant Data of Summoned Jurors (Docket No. 156) is DENIED. The information about jurors furnished on the day of trial does not reveal the race of the summoned jurors. Therefore, it would be of no use to the defendant in his quest to assure the presence of a sufficient number of African Americans in the jury pool.

It is so **ORDERED**.

ENTER this 27th day of July 2017.

_____
ALETA A. TRAUGER
U.S. District Judge